IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR238-TFM |
| | ) | (18 U.S.C. 641) |
| EDDIE J. COVINGTON | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 16th day of July, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDDIE J. COVINGTON did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*[signature]*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

STATE OF ALABAMA                              )
                                              )        **AFFIDAVIT**
COUNTY OF MONTGOMERY                          )

The undersigned, being first duly sworn, deposes and says:

     I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 16 July 2007, I observed a subject, later known as EDDIE J. COVINGTON, through floor observation. He had 4 colognes in a shopping cart basket. COVINGTON went near the front registers and grabbed an empty AAFES bag. He placed the 4 colognes in the bag and went to register #9. He then purchased one pack of Newport cigarettes, grabbed the bag containing the colognes and exited the store without paying for the colognes. I stopped him outside the main doors, identified myself and escorted him to the loss prevention office. At that time, COVINGTON claimed to have prostate cancer and needed to urinate. I escorted him to the restroom where he tried to go into a stall. I told COVINGTON he needed to use the urinal to urinate. I did a spot check of the urinal prior to him using it. COVINGTON fumbled with the front of his pants and when he zippered up and turned around, there were 4 watches atop the urinal. I picked the watches up and showed them to COVINGTON. He said, "What are those?" I stated he left them on top of the urinal. COVINGTON said, "This is bullshit!" COVINGTON threw his arms up in the air and ran out the door to his vehicle. He got in a black in color Mercedes with veteran's license plate numbered 54275. Before the gate could be contacted, COVINGTON had exited the Kelly Street gate. He left his identification card, cigarettes and prescription glasses in the loss prevention office. COVINGTON had refunded a green watch at 11:44 AM (without receipt) the same day and received a $29.95 AAFES gift card. Security Forces arrived (Airman Begg and SSgt Wallace) and assumed the case. Security Forces was provided a DVD of COVINGTON at the register and exiting the store.

                                                                                     EDWARD L. McINTYRE

Subscribed and sworn to before me this 19th day of September, 2007.

                                                                                      AUDREY F. GRIFFIN
                                                                                      Notary Public
                                                                                      State of Alabama

                                                                                  NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                                                                  MY COMMISSION EXPIRES: July 19, 2009
                                                                                  BONDED THRU NOTARY PUBLIC UNDERWRITERS